**Order entered October 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00664-CV

### LUIS A. SANTIAGO, Appellant

### V.

### THE BANK OF NEW YORK MELLON, AS SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, AS TRUSTEE FOR NOVASTAR MORTGAGE FUNDING TRUST, SERIES 2004-2, NOVASTAR HOME EQUITY LOAN ASSET-BACKED CERTIFICATES, SERIES 2004-2, AND OCWEN LOAN SERVICING, LLC, Appellees

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-01232-2015**

## ORDER

Before the Court is appellees' October 28, 2015 motion for leave to file a letter brief which we construe as a motion to file a sur reply brief. We **GRANT** the motion and **ORDER** the letter brief tendered to this Court on October 27, 2015 filed as sur reply brief as of the date of this order.

/s/     ELIZABETH LANG-MIERS
          JUSTICE